Amended Chapter 13 Plan Summary

Case No. 16-70869

Debtor(s): Lucille Williams        SSN#: XXX-XX-1286    Net Monthly Earnings: $ 1268.51
                                   SSN#: XXX-XX-         Number of Dependents:

I. Plan Payments:
   ( X ) Debtor(s) propose to pay a periodic payment of $ 1583.00  ☐ weekly ☐ biweekly ☐ semi-monthly ■ monthly into the plan; or
   (__) Payroll deduction Order:_____ $_____        ☐ weekly ☐ biweekly ☐ semi-monthly ☐ monthly.
   Length of Plan is 60 months, and the total debt to be paid through the plan is $94,980.00
   ■ Chapter 13 case filing fees will be paid through the Chapter 13 Trustee assigned to this case.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:
   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSE AND SUPPORT) {See § 1322(a)(2)}
   The following priority claims, if allowed will be paid in full unless creditor agrees otherwise:

| Creditor | Type of Priority | Scheduled Amount | Monthly Payment |
|---|---|---|---|
|  |  |  |  |

   B. Total Attorney Fee: $ 3,000.00  $ 00  paid pre-petition $ 2000.00 to be paid at confirmation and $ 90.00 per month.
   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest deferred cash payments as follows:
   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment To be Paid ☐ By Debtor ■ By Trustee | Regular Payment to Begin: Month/Year: | Arrears to be Paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Selene Finance | 67,431.03 | 741.05 | 06/2016 | 28,010.05 | 38 | 0 | 509.27 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debts | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Payments to Begin |
|---|---|---|---|---|---|---|---|---|
| Spillers |  | 1063.31 | 700.00 | 0 | Furniture | 4.25% | 21.31 | ** |
| FCI Lender Service |  | 5318.92 | 54320.00 | 0 | 2nd Mortgage | 4.25% | 106.60 | ** |

III  3. Other debts not shown in 1. Or 2. above which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| GM Financial | 19,393.33 | 450.60 | 2012 Honda | Co signer only** |

IV. Special Provisions:
   ☐ This is an original plan.                             ■ This is an amended plan replacing plan dated 05/19/2016
   ■ This plan proposes to pay unsecured creditors  0  %.
   ■ This plan proposes to pay prepetition utilities debts in the plan and post petition utilities debt direct.
   ☐ Debtor assumes lease and/or executory contract with _____
   ■ For any claims(s) not listed herein that are determined to be secured except for post-1994 mortgage arrearage claim(s), the debtor(s) propose(s) an annual percentage rate of 4.25% on the secured portion of said claims. No interest shall be paid on any post 1994 mortgage arrearage claim.
   ■ Other provisions: All Creditors being paid non- plan direct are hereby granted limited relief to continue to send monthly invoices, statements and payment requests to facilitate these monthly maintenance payments. ** Upon secured creditors' filing of a properly  perfected claim, debtor agrees that the proposed adequate protection payment be paid to said creditor if the claim is filed prior to confirmation. If any debt is proposed to be paid as a secured debt and the claim filed by said creditor is not properly perfected, debtor proposes that said claim is to be treated as a general unsecured claim. Debtor will continue to pay pre-petition and post-petition electric service debt in the ordinary course of business in lieu of posting a deposit as adequate assurance of future payment under section 366 of the United States Bankruptcy Code. Debtor acknowledges and agrees that the automatic stay does not bar Alabama Power Company's efforts  to collect pre-petition and post-petition utility service debt.**Debtor does not have possession and grants relief on debt owed to GM Financial. The Trustee will make disbursements as required by the Plan in the following order, with payments other than those listed to be made in the order determined by the Trustee: 1. Trustee's Fee: 2. Filing Fee, 3. Initial Costs of Administration (including attorney fees payable at confirmation): 4. Allowed Secured Claims and Section 503(b) Administrative Expenses with fixed monthly payments (including Professional Fee Claims with fixed payments): 5. Allowed Priority Claims for Domestic Support: 6. Other Allowed Priority Claims, including Allowed Priority Tax Claims: 7. Allowed General Unsecured Claims

Attorney for Debtor Name/Address/Telephone #    Dated: August 3, 2016
BARBARA ROGERS                                                          /s/Lucille Williams
2422 14TH STREET                                                        Lucille Williams, Debtor
TUSCALOOSA, AL 35401
Telephone # (205) 759-4090

RE: LUCILLE WILLIAMS, DEBTOR
XXX-XX-1296

BK- 16-70869

I declare under penalty of perjury that the information provided in this/these Amended Chapter 13 Plan Summary and/or Schedules(s) and/or Statement Of Financial Affairs is/ are true and correct.

/s/ Lucille Williams
Lucille Williams, Debtor

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing Amended Chapter 13 Plan Summary and/or Schedule(s) and/or Statement Of Financial Affairs upon the Trustee and the Court with a copy o f the foregoing electronically and creditors by U.S. mail, first class, postage prepaid.

Done this the 3rd day of August, 2016.

/s/ Barbara N. Rogers
Barbara N. Rogers

| Label Matrix for local noticing<br>126-7<br>Case 16-70869-JHH13<br>NORTHERN DISTRICT OF ALABAMA<br>Tuscaloosa<br>Fri Aug  5 09:35:05 CDT 2016 | AmeriCredit Financial Services, Inc. dba GM<br>P O Box 183853<br>Arlington, TX 76096-3853 | U. S. Bankruptcy Court<br>2005 University Blvd., Room 2300<br>Tuscaloosa, AL 35401-1546 |
|---|---|---|
| CI Lender Services Inc<br>PO Box 27370<br>Anaheim, CA 92809-0112 | GM Financial<br>P O Box 183834<br>Arlington, TX 76096-3834 | Marques Wofford<br>510 Love Circle<br>Aliceville, AL 35442-1201 |
| Modern Loans<br>PO Box 42917<br>Philadelphia, PA 19101-2917 | Pickens County Medical Center<br>PO Box 478<br>Carrollton, AL 35447-0478 | Selene Finance<br>PO Box 71243<br>Philadelphia, PA 19176-6243 |
| Miller Furniture Credit Dept.<br>Attn: Daphne Wilson<br>Post Office Box 020824<br>Tuscaloosa, AL 35402-0824 | Barbara N Rogers<br>2422 14th Street<br>Tuscaloosa, AL 35401-2835 | C David Cottingham<br>Chapter 13 Standing Trustee<br>701 22nd Avenue, Suite 4<br>P O Drawer 020588<br>Tuscaloosa, AL 35402-0588 |
| Lucille Williams<br>510 Love Circle<br>Aliceville, AL 35442-1201 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)CARRINGTON MORTGAGE SERVICES, LLC | (d)AmeriCredit Financial Services, Inc. dba G<br>P O Box 183853<br>Arlington, TX 76096-3853 | End of Label Matrix<br>Mailable recipients    12<br>Bypassed recipients     2<br>Total                  14 |
|---|---|---|